UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MUDDY WATERS CAPITAL LLC, | Case No.: |
| Plaintiff, | Related Action: 3:19 Civ. 1293-SK (N.D. Cal.) |
| v. | |
| JOHN DOES 1-10, | RULE 7.1 CORPORATE DISCLOSURE STATEMENT |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Plaintiff Muddy Waters Capital LLC ("MWC") certifies that, as of this date, MWC does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
December 10, 2019

                                                                                      **FLETCHER LAW, PLLC**

                                                                                       By: Jordan Fletcher
                                                                                       jordan@fletcherlaw.co
                                                                                       154 Grand Street
                                                                                       New York, New York 10013
                                                                                       (212) 320-8945
                                                                                       *Counsel for Plaintiff Muddy Waters Capital LLC*