# **EXHIBIT B**

JORDAN FLETCHER (admitted *pro hac vice*)
**FLETCHER LAW, PLLC**
154 Grand Street
New York, New York 10013
Tel: (212) 320-8945
Fax: (347) 983-0046
Email: jordan@fletcherlaw.co

MARK R. CONRAD (CA Bar No. 255667)
GABRIELA KIPNIS (CA Bar No. 284965)
**CONRAD & METLITZKY LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel:   (415) 343-7100
Fax:   (415) 343-7101
Email: mconrad@conradmetlitzky.com
Email: gkipnis@conradmetlitzky.com

Attorneys for Plaintiff MUDDY WATERS CAPITAL LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUDDY WATERS CAPITAL LLC, A CALIFORNIA LIMITED LIABILITY COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN DOES 1-10,<br><br>        Defendants. | Case No. 3:19-cv-01293<br><br>**ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR EXPEDITED LIMITED DISCOVERY; ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

| | |
|---|---|
| 1 | Having considered Plaintiff Muddy Waters Capital LLC's *Ex Parte* Motion for Expedited |
| 2 | Limited Discovery ("Motion"), and good cause appearing therefore: |
| 3 | IT IS HEREBY ORDERED that: |
| 4 | 1. The Motion is granted; and |
| 5 | 2. Plaintiff may serve a Federal Rule 45 subpoena upon third parties Merrill Lynch |
| 6 | Professional Clearing Corp., and certain entities affiliated with Merrill Lynch Professional Clearing |
| 7 | Corp. and owned or controlled by Bank of America, N.A., substantially in the form of the proposed |
| 8 | subpoena attached to this Order as Exhibit 1. |
| 9 | The Court FURTHER ORDERS that the case management conference scheduled for June 10, |
| 10 | 2019 is CONTINUED to August 19, 2019. A case management statement is due by August 12, 2019. |
| 11 | **IT SO ORDERED.** |
| 13 | DATED: June 4, 2019 |
| 15 | Hon. Sallie Kim, U.S.M.J. |