# **EXHIBIT N**

# Merrill Lynch International

*As of 20 August 2018*



## Overview and Structure

### Overview
- Merrill Lynch International ("MLI") is Bank of America Corporation's ("BAC") largest operating subsidiary outside of the United States and was incorporated in 1988
- MLI's head office is in the United Kingdom, with branches in Stockholm, Dubai and Qatar, and a representative office in Zurich

### Credit Ratings *(long term / short-term)*
- S&P: A+ (stable outlook) / A-1; Fitch: A+ (stable outlook) / F1

### Regulator
- Authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority (Firm Reference Number: 147150)

### Legal Structure
- Private unlimited company incorporated in England and Wales (Registered Number: 2312079)
- Wholly-owned indirect subsidiary of BAC, a regulated United States entity. An organisational chart depicting select major operating subsidiaries of BAC is available at http://investor.bankofamerica.com

### Registered Address
- 2 King Edward Street, London, EC1A 1HQ , United Kingdom | +44 (0)  20 7628 1000

## Financial Performance – for the year ended 31 December 2017

### Primary Business Activity
- Broker and dealer in equities and fixed income, currency and commodities financial instruments
- Investment banking advisory and underwriting services
- Post trade related services
- Equity and fixed income research



**MLI Revenue, Expenses and Profit**
(UK GAAP in $ billions)

- Revenue: $5.0
- Expenses: $4.3
- Profit before tax: $0.7

*Source: MLI 2017 Financial Statements*

## Financial Position – as of 31 December 2017



### Balance Sheet Composition

**MLI Current Assets and Liabilities**
(UK GAAP in $ billions)

- Current Assets: $393
- Current Liabilities: $351

*Source: MLI 2017 Financial Statements*

### Capital Adequacy and Leverage metrics

**Key Metrics**

| Total Capital Resources | Total Minimum Capital Required | Excess Capital Resources | CET 1 Capital Resources | Risk Weighted Assets | CET 1 Capital Ratio | Leverage Ratio |
|---|---|---|---|---|---|---|
| $35.2bn | $16.5bn | $18.7bn | $34.8bn | $206.2bn | 16.9% | 8.4% |

*Source: MLUKCH 2017 Pillar 3 Disclosure*

# Merrill Lynch International



*As of 20 August 2018*

## Market Access

MLI has the ability to trade throughout Europe and conduct business with international clients. Examples of market access are provided below.

### Exchange Memberships

- Austria (Wiener Börse)
- Belgium (Euronext Brussels)
- Denmark (Nasdaq OMX Copenhagen)
- Finland (Nasdaq OMX Helsinki)
- France (Euronext Paris)
- Germany (Deutsche Börse)
- Greece (Athex)
- Ireland (Euronext Dublin)
- Israel (Tel-Aviv Stock Exchange)
- Italy (Borsa Italiana)
- Netherlands (Euronext Amsterdam)
- Norway (Oslo Børs, Nasdaq OMX Nordic Derivatives)
- Poland (Warsaw Stock Exchange)
- Portugal (Euronext Lisbon)
- Sweden (Nasdaq OMX Stockholm)
- Switzerland (SIX Swiss Exchange)
- UK (London Stock Exchange, London Metal Exchange)
- Derivatives exchanges incl. Eurex, ICE Futures Europe, MEFF and Euronext

### Multi-Lateral Trading Facilities

- Aquis Exchange
- Cboe Europe
- Equiduct
- ITG POSIT
- Turquoise
- Various MTS facilities including Euro MTS, MTS Germany, MTS France, etc.

### Systematic Internalisers

- BofAML's own systematic internaliser
- Virtu Financial
- Tower Research

*MLI also has access to other exchanges via other affiliated legal entities, e.g. Spain, Russia, Saudi Arabia, Turkey, South Africa, and via third party brokers e.g. Dubai, Qatar, Hungary, Czech Republic.*

## Board Structure

### Executive Directors & BAC Roles

- **Bernard (Bernie) Mensah (CEO)**, President, EMEA, and Co-Head of Global FICC Trading
- **Martin Butler,** Chief Financial Officer, EMEA, and International Treasury Executive
- **Julien Bahurel,** Head of EMEA Equities

### Non-Executive Directors

- **Susan S. Bies (Chair)** (BAC and Bank of America, N.A. board member)
- **Pierre de Weck** (BAC and Bank of America, N.A. board member)
- **Claire Ighodaro**
- **Richard Keys**
- **Rosemary Thorne**

## Additional Information

For further information see: MLI Statutory Accounts and MLI 2017 Pillar 3 Disclosure or contact Investor Relations
Equity Investor Relations: Tel +1 704 386 5681 Email i_r@bankofamerica.com
Fixed Income Investor Relations: Tel +1 212 449 6795 Email fixedincomeir@bankofamerica.com

*The information contained on this Factsheet is provided for informational purposes only and does not constitute an offer to sell or the solicitation of an offer to buy any securities. The financial and other information that may be accessed on this Factsheet speaks only as of the particular dates referenced in the information or the dates the information was originally issued. This information may have since become superseded as a result of later circumstances or events. None of MLI or its affiliates undertakes any obligation to, and each disclaims any duty to, update this information.*