```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  12/16/2019
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

MUDDY WATERS CAPITAL LLC,

        Plaintiff,

        -against-

JOHN DOES 1-10,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

19-mc-00564 (VEC)

**STIPULATION REGARDING NON-PARTIES' TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL**

    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Muddy Waters Capital LLC ("Muddy Waters") and non-parties Bank of America Corporation ("Bank of America") and Merrill Lynch Professional Clearing Corp. ("ML Pro") that the time for Bank of America and ML Pro to oppose Muddy Waters's motion to compel discovery, ECF No. 1, is hereby extended from December 24th, 2019 to January 3, 2020.

    IT IS FURTHER STIPULATED AND AGREED that Muddy Waters shall file any reply in further support of its motion to compel discovery by January 17, 2020.

| For Bank of America Corporation and Merrill Lynch Professional Clearing Corp.: | For Muddy Waters Capital LLC: |
|---|---|
| By: s/ Luke A. Connelly | By: s/ Jordan Fletcher |
| Luke A. Connelly, Esq.<br>Winston & Strawn LLP<br>200 Park Avenue<br>New York, NY 10166<br>Tel.: (212) 294-6882<br>Email: lconnelly@winston.com | Jordan Fletcher, Esq.<br>Fletcher Law, PLLC<br>154 Grand Street<br>New York, NY 10013<br>Telephone: (213) 320-8945<br>jordan@fletcherlaw.com |
| Date:  December 16, 2019 | Date:  December 16, 2019 |

SO ORDERED this ____ day of _____, 2019:

_____
U.S.D.J.


SO ORDERED.

12/16/2019

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE