

**FLETCHER LAW, PLLC**
154 Grand Street • New York, NY 10013
T: (212) 320-8945 • F: (347) 983-0046
www.fletcherlaw.co

Jordan Fletcher, Principal
Email: jordan@fletcherlaw.co

February 27, 2020



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    2/27/2020
```

BY ECF

Hon. Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007
(212) 505-6350
CaproniNYSDChambers@nysd.uscourts.gov

Re:   *Muddy Waters Capital LLC v. John Does 1-10*, No. 19 Misc. 564 (VEC)
       Related Action: 3:19 Civ. 1293-SK (N.D. Cal.)
       Status Update re MLI's Compliance with the UK Order

Dear Judge Caproni,

This firm represents plaintiff/movant Muddy Waters Capital LLC ("MWC") in the above-referenced matters. I write to follow up on my letter of yesterday afternoon (ECF 22).

I received Merrill Lynch International's ("MLI") amended production earlier today and have been able to confirm that MLI has substantially complied with the UK Order. Consequently, MWC believes that the instant motion to compel discovery against Bank of America Corp. and Merrill Lynch Professional Clearing Corp. is now moot.

Respectfully submitted,

*/s/ Jordan Fletcher*

Jordan Fletcher

IT IS HEREBY ORDERED that Petitioner's Motion to
Compel Discovery is DENIED as moot.  The Clerk of Court
is respectfully directed to close the open motion at Dkt. 1.

SO ORDERED.

*/s/ Valerie Caproni*
2/27/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE